## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

AMBER MARIE CLARK,

     Plaintiff,

v.                               Case No. 3:24cv411-MCR-HTC

SANTA ROSA COUNTY
SHERIFF'S DEPARTMENT,

     Defendant.

_____/

## <u>ORDER</u>

The magistrate judge issued a Report and Recommendation dated September 5, 2024 (ECF No. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this Order.

2.      This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C.

§ 1915(e)(2)(B)(ii) due to Plaintiff's failure to state a claim upon which relief may

be granted.

3.      The clerk shall close the file.

**DONE AND ORDERED** this 25th day of October 2024.


*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**